AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>3:13CV328 | DATE FILED<br>3/19/13 | U.S. District Court, Northern District of Indiana<br>South Bend Division<br>204 S Main Street, South Bend, IN 46601 |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>John Doe subscriber assigned IP address 71.201.88.138 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001826998 | Afternoon Picnic | Malibu Media, LLC |
| 2 | PENDING | Afternoon Snack | Malibu Media, LLC |
| 3 | PENDING | Another Night | Malibu Media, LLC |
| 4 | PA0001787253 | Breakfast in Bed | Malibu Media, LLC |
| 5 | See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## CONTINUATION OF DOCUMENT AO-121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001780564 | California Dreams | Malibu Media, LLC |
| 6. PA0001771672 | Carmen Poolside Striptease | Malibu Media, LLC |
| 7. PENDING | Circles of Bliss | Malibu Media, LLC |
| 8. PA0001801715 | Coucher Avec une Autre Fille | Malibu Media, LLC |
| 9. PA0001825722 | Deep Longing | Malibu Media, LLC |
| 10. PA0001762409 | Girls Night Out | Malibu Media, LLC |
| 11. PENDING | I Love X Art | Malibu Media, LLC |
| 12. PA0001789511 | Introducing Diana | Malibu Media, LLC |
| 13. PA0001762076 | Kristen Girl Next Door | Malibu Media, LLC |
| 14. PENDING | Late for Work | Malibu Media, LLC |
| 15. PA0001775906 | Leila Last Night | Malibu Media, LLC |
| 16. PA0001778844 | Like The First Time | Malibu Media, LLC |
| 17. PA0001781702 | Lunchtime Fantasy | Malibu Media, LLC |
| 18. PA0001819292 | Morning Desires | Malibu Media, LLC |
| 19. PA0001806469 | Morning Memories | Malibu Media, LLC |
| 20. PA0001800355 | Morning Tryst | Malibu Media, LLC |
| 21. PA0001819290 | Naughty and Nice | Malibu Media, LLC |
| 22. PA0001794973 | One Night Stand | Malibu Media, LLC |
| 23. PA0001780473 | Pure Passion | Malibu Media, LLC |
| 24. PA0001825721 | Sacred Romance | Malibu Media, LLC |
| 25. PA0001824840 | Seeing Double | Malibu Media, LLC |
| 26. PA0001805261 | Side by Side | Malibu Media, LLC |
| 27. PA0001813361 | Soul Mates | Malibu Media, LLC |
| 28. PENDING | Spilled Milk | Malibu Media, LLC |
| 29. PA0001820192 | Spur of the Moment | Malibu Media, LLC |
| 30. PA0001813360 | Still With Me | Malibu Media, LLC |
| 31. PA0001817761 | Then They Were Three | Malibu Media, LLC |
| 32. PA0001808630 | Three for the Show | Malibu Media, LLC |
| 33. PA0001804939 | Threes Company | Malibu Media, LLC |
| 34. PA0001799577 | Transcendence | Malibu Media, LLC |
| 35. PA0001805315 | Unbelievably Beautiful | Malibu Media, LLC |
| 36. PA0001817765 | Unforgettable View #2 | Malibu Media, LLC |
| 37. PA0001800357 | Wet Dream | Malibu Media, LLC |
| 38. PA0001809287 | Wild Things | Malibu Media, LLC |

1

NIN32